EDWARD C. MOORE COMPANY, Appellant, *v.* THE AMERI-
CAN CREDIT-INDEMNITY COMPANY OF NEW YORK,
Respondent.

*Moore Co.* v. *American Credit-Indemnity Co.*, 170 App. Div. 660,
affirmed.

(Argued October 22, 1918; decided November 12, 1918.)

APPEAL from a judgment, entered January 4, 1916,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing that a verdict be entered in favor of defendant
upon its motion at the close of the evidence. The action
was brought to recover upon a policy of credit insurance
issued by defendant to plaintiff. The defense was that'
the bond became void by reason of breach of warranty
and fraud committed by plaintiff in its written application
for the bond.

*Don R. Almy* and *William S. Evans* for appellant..

*Walter J. Rosston, Otto Horwitz* and *Walter J. Rosen-
stein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.